In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK on the Relation of JOSEPH T. BRETT, Respondent, for a Peremptory Writ of Mandamus against JOSEPH D. McGOLDRICK, as Comptroller of The City of New York, THE BOARD OF ESTIMATE OF THE CITY OF NEW YORK, and JOSEPH D. McGOLDRICK, FIORELLO H. LAGUARDIA, NEWBOLD MORRIS, RAYMOND V. INGERSOLL, GEORGE U. HARVEY, STANLEY M. ISAACS, JAMES H. LYONS and JOSEPH A. PALMA, as Members of Said Board, and KENNETH DAYTON, as Budget Director, and ALMERINDO PORTFOLIO, as City Treasurer of The City of New York, Appellants.— Final order granting petitioner's application for an order under the provisions of article 78, Civil Practice Act, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK on the Relation of ARTHUR L. LEWIS, Respondent, for a Peremptory Writ of Mandamus against JOSEPH D. McGOLDRICK, as Comptroller of The City of New York, THE BOARD OF ESTIMATE OF THE CITY OF NEW YORK, and JOSEPH D. McGOLDRICK, FIORELLO H. LAGUARDIA, NEWBOLD MORRIS, RAYMOND V. INGERSOLL, GEORGE U. HARVEY, STANLEY M. ISAACS, JAMES H. LYONS and JOSEPH A. PALMA, as Members of Said Board, and KENNETH DAYTON, as Budget Director, and ALMERINDO PORTFOLIO, as City Treasurer of The City of New York, Appellants.— Final order granting petitioner's application of [for] an order under the provisions of article 78, Civil Practice Act, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Final Judicial Settlement of the Account of WILLIAM MERRIFIELD, Executor, etc., of ANNA A. SHEEHAN, Deceased. In the Matter of the Application of WILLIAM MERRIFIELD, as Executor and Trustee of the Last Will and Testament of ANNA A. SHEEHAN, Deceased, for a Construction of the Last Will and Testament of Said Decedent. WILLIAM MERRIFIELD, Executor, etc., of ANNA A. SHEEHAN, Appellant, Respondent; ROBERT V. REAGAN, First Remainderman, Respondent, Appellant.— Decree of the Surrogate's Court, Richmond county, modified by striking the following words from the tenth ordering paragraph thereof: " and in the event that the income from said fund in any one year should amount to more than the monthly payments to the said Robert V. Reagan, then the excess of such income shall be be payable to Sarah Dunn, who at this time is the next eventual taker of the residuary estate, subject however to being divested of her contingently vested estate by the birth of issue to Robert V. Reagan." As thus modified, the decree is unanimously affirmed, with costs to each of the appellants, payable out of the fund. No opinion. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.